**C. JARED CLARK, ESQ.**
Nevada Bar No. 13672
**EVAN K. SIMONSEN, ESQ.**
Nevada Bar No. 13762
**PALVIN JHITA, ESQ.**
Nevada Bar No. 16717
**CLARK LAW GROUP, PLLC**
2320 Potosi Street
Las Vegas, Nevada 89146
Phone:  (702) 330-3272
Fax:      (702) 447-5323
jared@cjclarklawgroup.com
evan@cjclarklawgroup.com
palvin@cjclarklawgroup.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHLEY ELIZABETH AVAKIAN<br><br>                    Plaintiff,<br><br>vs.<br><br>CSAA INSURANCE EXCHANGE, a Foreign Corporation; DOES 1 through 20, inclusive, ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>                    Defendant. | Case No.: 2:26-cv-00902-ART-BNW<br><br>**REPLY IN SUPPORT OF PLAINTIFF'S<br>MOTION TO REMAND** |

COMES NOW, Plaintiff, ASHLEY AVAKIAN, by and through her attorneys of record, C. JARED CLARK, ESQ., EVAN K. SIMONSEN, ESQ., and PALVIN S. JHITA, ESQ., of CLARK LAW GROUP, PPLC, moves this Court to strike Plaintiff's Reply in Support of Plaintiff's Motion to Remand [Doc. No. 11]. The Reply memorandum was filed by mistake. Additionally, the Court ordered that replies to Defendant's Opposition to Plaintiff's Motion to Remand were due on May 14, 2026. Plaintiff's Reply in Support of Plaintiff's Motion to Remand was filed on May 15, 2026. As such, Plaintiff's Reply in Support of Plaintiff's Motion to Remand was filed untimely.

///

1

WHEREFORE, Plaintiff respectfully requests this Court issue an Order directing the Clerk to strike Plaintiff's Reply in Support of Plaintiff's Motion to Remand.

DATED this 15th day of May, 2026.

CLARK LAW GROUP, PLLC

*/s/ Palvin S. Jhita*

_____

**C. JARED CLARK, ESQ.**
Nevada Bar No. 13672
**EVAN K. SIMONSEN, ESQ.**
Nevada Bar No. 13762
**PALVIN S. JHITA, ESQ.**
Nevada Bar No. 16716
2320 Potosi Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

2

**ORDER**

This Court GRANTS the above amended motion to strike (ECF No. 13) and DENIES AS MOOT the first motion to strike (ECF No. 12). Accordingly, it kindly directs the Clerk's Office to strike Plaintiff's Reply in Support of Plaintiff's Motion to Remand (ECF No. 11).

DATED this __18th__ day of May, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

**CLARK LAW GROUP, PLLC**

/s/ Palvin S. Jhita
_____
**C. JARED CLARK, ESQ.**
Nevada Bar No. 13672
**EVAN K. SIMONSEN, ESQ.**
Nevada Bar No. 13762
**PALVIN S. JHITA, ESQ.**
Nevada Bar No. 16716
2320 Potosi Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

3

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to NRCP 5, NEFCR 9 and EDCR 8.05, I hereby certify that on the 15th day of May, 2026 I served a copy of the forgoing **MOTION TO STRIKE** as follows:

John R. Hawley, Esq.
**WINNER & BOOZE**
1117 S. Rancho Drive
Las Vegas, NV 89102
*Attorney for Defendant*

<u>Method of Service</u>

| | |
|---|---|
| ☐ | **U.S. First Class Mail:** I deposited a true and correct copy of said document(s) via U.S. First Class mail, with postage pre-paid. |
| ☐ | **Facsimile:** I caused said document(s) to be transmitted by facsimile transmission. The sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error. |
| ☒ | **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (File & Serve) |

*/s/ Zaira Prindle*
An Employee of CLARK LAW GROUP, PLLC.

4